Toula Colis, Plaintiff-Appellant, v. Margaret Fitzgerald, Defendant-Appellee.

**Gen. No. 47,901.**

First District, Third Division.

June 29, 1960.

John C. Polales, of Chicago (John G. Phillips and C. D. Snewind, of counsel) for plaintiff-appellant; no brief filed for defendant-appellee. Opinion by PRESIDING JUSTICE DEMPSEY. Not to be published in full.